UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EMERSON ELECTRIC CO., | : | Case No. 15-cv-00192 |
| | : | The Honorable Henry Edward Autrey |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FLEXTRONICS INTERNATIONAL USA, INC., | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT FLEXTRONICS INTERNATIONAL USA, INC.'S
### MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

COMES NOW Defendant Flextronics International USA, Inc. ("Flextronics"), by its undersigned counsel, and hereby moves this Court to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a). In support of this Motion, Flextronics relies upon its accompanying Memorandum of Law.

WHEREFORE, Defendant Flextronics International USA, Inc. respectfully requests that this Court grant its Motion to Transfer to the United States District Court for the Southern District of New York, and grant such other and further relief as the Court deems just and proper.

Dated: January 30, 2015       BEHR, McCARTER & POTTER, P.C.

By:  /s/ *Jason W. Kinser*
Jason W. Kinser, 53936MO
7777 Bonhomme Ave, Suite 1400
St. Louis, Missouri 63105
(314) 862-3800
(314) 862-3953 (facsimile)
jkinser@bmplaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2015, I filed the foregoing Motion to Transfer to the United States District Court for the Southern District of New York using the Court's CM/ECF system, which will send e-mail notification of the filing to Plaintiff's Counsel. These documents are available for viewing and downloading via the CM/ECF system.

/s/ *Jason W. Kinser*